UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br>　　　　Plaintiff,<br>　　v.<br>JAMES MCMANIS, et al.,<br>　　　　Defendants. | Case No. 18-cv-01235-PJH<br><br>**JUDGMENT** |

　　　The issues having been duly heard and the court having dismissed plaintiff's complaint with prejudice,

　　　　it is Ordered and Adjudged

　　　　that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 31, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge